UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

ANTONI JURSKI,

        Plaintiff,

-v-                              No. 12 Civ. 5976 (LTS)(MHD)

NATIONAL RAILROAD PASSENGER
CORPORATION et al.,

        Defendants.

-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 1 2013

### MEMORANDUNM ORDER

Magistrate Judge Michael H. Dolinger entered a report and recommendation on August 6, 2013 (the "Report") to this Court recommending that the case be dismissed upon plaintiff's request. When reviewing a report and recommendation, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C.A. § 636(b)(1)(C) (LexisNexis 2012). "To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." Wilds v. United Parcel Service, Inc., 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003) (internal citations and quotation marks omitted). The Court is satisfied that the Report contains no clear error. Accordingly, the Court adopts the Report in its entirety and accepts the recommendation.

The Complaint is hereby dismissed with prejudice. The Clerk of Court is hereby requested to close this case.

SO ORDERED.

Dated: New York, New York
November 1, 2013

LAURA TAYLOR SWAIN
United States District Judge